```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION
```

MARK HOPSON, #72592                                       PLAINTIFF

VERSUS                            CIVIL ACTION NO.  4:06cv090TSL-JCS

WARDEN CASKEY, UNKNOWN GRAHAM,
UNKNOWN MOORE, UNKNOWN NOEL,
CHRIS EPPS, UNKNOWN BUSH,
AND UNKNOWN ATWOOD                                        DEFENDANT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed as frivolous, pursuant to 28 U.S.C. section 1915(e)(2)(B)(i), with prejudice, and will be counted as a strike pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the __21st__ day of September, 2006.


                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE